# 1324-15

ORIGINAL

RECEIVED IN
The Court of Appeals
Sixth District

SEP 3 0 2015

Texarkana, Texas
Debra Autrey, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

6-15-00115-CR

OCT 07 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

No. _____

IN THE

COURT OF APPEAL SIXTH APPELLATE DISTRICT OF TEXAS

DUSTIN VANHALST - PETITIONER

VS.

STATE OF TEXAS - RESPONDENT(S)

FOURTH JUDICIAL DISTRICT COURT, RUSK COUNTY

RE: CR2015-038

PETITION FOR DISCRETIONARY REVIEW

THE PETITIONER MOVES AND PETITIONS SAID COURT FOR DISCRETIONARY REVIEW WITHOUT PAYMENT AND COST, THE PETITIONER IS INDIGENT.

I, DUSTIN VANHALST, AM OF THE BELIEF AND OPINION THAT A GREAT PREJUDICE EXIST IN RUSK COUNTY AND HAS OCCURED. IT'S MY OPINION THAT THE AUTHORITYS AND POWERS IN CHARGE HAVE EXHIBITED ACTS OF BIASISM AND PARTIALITY. ALSO, THE STATE HAS DISPLAYED MALICIOUS AND FRIVILOUS PROSECUTION. THE STATE HAS ACTED WHEN THE ASSERTED ERROR CONSISTS OF ERRONEOUS FACTUAL FINDINGS. I BELIEVE THE STATE HAS PROTRAYED BEHAVIOR AND CONDUCT UNBECOMING A MEMBER OF THE BAR AND HAS FAILED TO COMPLY WITH THE RULES OF THE COURT. I BELIEVE THE CONDUCT SHOWN HAS NOT BEEN UPRIGHTLY AND ACCORDING TO LAW, AND THAT THESE ACTS DO NOT SUPPORT THE CONSTITUTIONAL PROVISIONS, TREATIES,

FUTHERMORE, I MAY NOT PROPERLY GIVE A STATEMENT OF NOTIFICATIONS REQUIRED SET OUT VERBATIM WITH APPROPIATE CITATION DUE TO THE FACT THAT THE SAID PARTIES INVOLVED PROHIBIT MYSELF THE USE OF AND ACCESS OF LEGAL LAW LIBRARY. THE INSTITUTION OF MY CONFINEMENT HAS DENIED ME MY RIGHT TO ACTIVELY PRACTISE RELIGION. MY REQUEST TO FELLOWSHIP WITH A CATHOLIC PRIEST HAVE WENT UNHEARD.

MY RIGHT TO DUE PROCESS, DUE COURSE, AND RIGHT TO A SPEEDY TRIAL, HAVE ALL BEEN DENIED. I'VE BEEN IN JAIL NOW FOR 250 DAYS WITHOUT BEING QUESTIONED AND WITHOUT ANY EVIDENCE AGAINST ME. THIS "UPPER-HAND HIGH-CLASS POLITICAL CRONISM" CASE HAS NO MERITS, AND IS UNJUSTLY.

WHEREFORE, PREMISES CONSIDERED, I, DUSTIN VANHALST, RESPECTFULLY PRAY THAT THIS MOTION AND PETITION BE IN ALL THINGS GRANTED.

RESPECTFULLY. SUBMITTED,

SEPTEMBER 27, 2015

DUSTIN VANHALST
210 CHARLEVOIX STREET
HENDERSON, TEXAS
75652

No. _____

IN THE COURT OF APPEALS
SIXTH APPELLATE DISTRICT OF TEXAS

DUSTIN VANHALST - PETITIONER
VS.
STATE OF TEXAS - RESPONDENT(S)
FOURTH JUDICIAL DISTRICT, RUSK COUNTY
RE: CR2015-038

PROOF OF SERVICE

I, DUSTIN VANHALST, DO SWEAR OR DECLARE THAT ON THIS DATE, SEPTEMBER 27, 2015, AS REQUIRED BY SUPREME COURT RULE 29 I HAVE SERVED THE ENCLOSED "PETITION FOR DISCRETIONARY REVIEW" ON EACH PARTY TO THE ABOVE PROCEEDINGS OR THAT PARTYS COUNSEL, AND ON EVERY OTHER PERSON REQUIRED TO BE SERVED, BY DEPOSITING AN ENVELOPE CONTAINING THE ABOVE DOCUMENTS IN THE UNITED STATES MAIL PROPERLY ADDRESSED TO EACH OF THEM AND WITH FIRST-CLASS POSTAGE PREPAID, OR BY DELIVERY TO A THIRD-PARTY COMMERCIAL CARRIER FOR DELIVERY WITHIN 3 CALENDAR DAYS. THE NAMES AND ADDRESSES OF THOSE SERVED ARE AS FOLLOWS:

THE STATE - GEOFF I. BARR, 300 W. 15TH STREET, AUSTIN, TEXAS 78701, (512) 936-0890

FOURTH JUDICIAL DISTRICT, SUITE 303, 115 NORTH MAIN, HENDERSON, TEXAS 75652 (903) 657-0358



# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00115-CR

_____

DUSTIN LYNN VANHALST, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. CR15-038

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

On February 2, 2015, Dustin Lynn Vanhalst was indicted for the offense of murder. About a month and a half later, Vanhalst filed a "Motion to Set PR Bond." Now, Vanhalst has filed a notice of appeal in an attempt to appeal the trial court's denial of his motion. The clerk's record does not, however, include any such order.

Generally speaking, the Texas Legislature has authorized appeals by criminal defendants only from written judgments of conviction. *See Gutierrez v. State*, 307 S.W.3d 318, 321 (Tex. Crim. App. 2010); *Ex parte Shumake*, 953 S.W.2d 842, 844 (Tex. App.—Austin 1997, no pet.). There are a few limited exceptions to this general rule, *see Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.), but, without any appealable judgment or order in the record, this Court does not have jurisdiction to hear Vanhalst's attempted appeal.

Also, even if the clerk's record included an order denying Vanhalst's motion for a personal recognizance bond, this Court would not have jurisdiction over this appeal. This Court does not have jurisdiction to consider an interlocutory appeal of a pretrial motion for a personal recognizance bond. *See Ragston v. State*, 424 S.W.3d 49, 50 (Tex. Crim. App. 2014). Rule 31 of the Texas Rules of Appellate Procedure, captioned "Appeals in Habeas Corpus, Bail, and Extradition Proceedings in Criminal Cases," has been used by appellate courts in the past to find jurisdiction over interlocutory orders for the denial of a motion to reduce bail. *See* TEX. R. APP. P. 31. However, the Texas Court of Criminal Appeals has determined that "[a] rule of appellate procedure cannot, by itself, grant the courts of appeals jurisdiction to hear interlocutory appeals regarding excessive bail or the denial of bail, because this Court's rules cannot enlarge the rights

2

of litigants beyond those provided in the constitutions or a statute." *Ragston*, 424 S.W.3d at 52. Because there is no constitutional or statutory authority granting appellate courts jurisdiction to hear interlocutory appeals regarding excessive bail or the denial of bail, this Court would not have jurisdiction over Vanhalst's attempted appeal in any event.

By letter dated July 21, 2015, we notified Vanhalst of the potential defects in our jurisdiction over his appeal and afforded him twenty days to show this Court how we had jurisdiction. We received no response from Vanhalst.

In light of the foregoing, we dismiss this appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice

Date Submitted:     August 25, 2015
Date Decided:       August 26, 2015

Do Not Publish

3

DUSTIN VANHALST
210 CHARLEVOIX
HENDERSON, TX
-75652

SEP 29 2015

SEP

COURT O

SIXTH A

BI-STATE

100 NORTH

TEXARKA

LEGAL MAIL - CON

Court of Appeals

Sixth Appellate District

Bi-State Justice Bldg.

100 North State Line Ave. #20

Texarkana, Texas

75501

SEP

